UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEVAYATAN, LLC,

    Plaintiff,

v.                                                   Case No:   6:14-cv-561-Orl-41TBS

TRAVELODGE HOTELS, INC.,

    Defendant.

## REPORT AND RECOMMENDATION

On May 1, 2017, the Court entered its Order directing the Clerk to enter judgment for Defendant Travelodge Hotels, Inc. and against Plaintiff Devayatan, LLC and Third Party Defendants Sanjay Mehta, Ajay Mehta, Indira Mehta, and Dr. Bijoy Mehta (Doc. 90). The judgment was entered later that day (Doc. 91). In its Order, the Court gave Defendant leave to file a separate motion for attorney's fees and costs (Id., at 20). Defendant filed its proposed Bill of Costs (Doc. 98) and the Clerk taxed same, in the amount of $7,593.48 (Doc. 101). Now pending before the Court is Defendant/Counter-Plaintiff, Travelodge Hotels, Inc.'s Motion for Attorneys' Fees and to Tax Costs (Doc. 94).

Through the process of negotiation, the parties have compromised and settled Defendant's claims for fees and costs (Doc. 109). And, they have submitted a Stipulation of Settlement, seeking entry of a proposed Consent Judgment of Attorneys' Fees and Costs and dismissal of this case with prejudice (Id.).

I have reviewed the parties' proposed consent judgment (Doc. 109 at 4) and respectfully recommend the Court enter judgment as to the amount of attorneys' fees

specified by the parties, but not as to costs, as they have already been taxed by the Clerk and included in the initial judgment. See Doc. 101.

As for the other relief sought, I cannot recommend that the Court dismiss this action with prejudice. One unsatisfied judgment has already been entered, and the parties are asking the Court to enter a second judgment awarding fees. These judgments dispose of all issues in the case so that there are no remaining claims or defenses subject to dismissal. Therefore, I respectfully recommend that this part of the parties' stipulation be rejected.

Now, it is **respectfully recommended** that the Court:

1. **Approve** the parties' stipulation for the entry of a judgment for attorney's fees;

2. **Deny** the parties request that the Court enter judgment for costs, as they have already been awarded;

3. **Enter** judgment for Defendant's attorney's fees as follows:

> Judgment is hereby entered in favor of Defendant/Third-Party Plaintiff, Travelodge Hotels, Inc., and against Plaintiff, Devayatan, LLC, and Third Party Defendants, Bijoy K. Mehta, Ajay K. Mehta, Sanjay K. Mehta, and Indira Mehta, jointly and severally, for attorneys' fees in the amount of $255,065.50, for which sum let execution issue.

4. **Deny** the parties' request that this action be dismissed with prejudice; and

5. **Direct** the Clerk to terminate all pending matters and once again, **close** the file.

### Notice to Parties

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.   See 11th Cir. R. 3-1.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on August 17, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Presiding United States District Judge
Counsel of Record