UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


**DEVAYATAN, LLC,**

      **Plaintiff,**

**v.**                                          **Case No: 6:14-cv-561-Orl-41TBS**

**TRAVELODGE HOTELS, INC.,**

      **Defendant.**

                                          /

**ORDER**

THIS CAUSE is before the Court on the Defendant's Motion for Attorneys' Fees and to Tax Costs (Doc. 94). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 111), in which he recommends granting the motion in part.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant's Motion for Attorneys' Fees and to Tax Costs (Doc. 94) is **GRANTED in part**.

2. The Report and Recommendation (Doc. 111) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3. The parties' stipulation for the entry of a judgment for attorneys' fees is **APPROVED**; the parties' requests for the entry of a judgment for costs and for the dismissal of this action with prejudice are **DENIED**.

4. The Clerk is directed to enter judgment in favor of Defendant/Third-Party Plaintiff Travelodge Hotels, Inc., and against Plaintiff Devayatan, LLC and Third-Party

Defendants Bijoy K. Mehta, Ajay K. Mehta, Sanjay K. Mehta, and Indira Mehta in the amount of $255,065.50.

**DONE** and **ORDERED** in Orlando, Florida on September 27, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record